# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

NO. 2021 CW 1428

JANUARY 31, 2022

---

In Re:    National Union Fire Insurance Company of Pittsburgh, PA, and AIG Specialty Insurance Company applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

BEFORE:    McDONALD, WELCH, PENZATO, LANIER, AND WOLFE, JJ.

**WRIT GRANTED.** The trial court's October 14, 2021 judgment granting Texas Brine Company, LLC's Motion in Limine to Exclude Argument and Evidence Regarding Defense Costs Not at Issue in This Litigation is reversed. The challenged evidence is relevant to the matters currently set to be tried in April 2022, and Texas Brine failed to demonstrate that the evidence's probative value is outweighed by any alleged prejudice. Thus, the trial court abused its discretion by granting the motion. **Barnett v. Woodburn**, 2020-0675 (La. App. 1st Cir. 4/16/21), 324 So.3d 641, 646. See also **Bridges v. Baton Rouge General Medical Center**, 2020-0270 (La. App. 1st Cir. 12/30/20), 317 So.3d 662, 674, writ denied, 2021-00144 (La. 4/7/21), 313 So.3d 985 (Courts are to resolve the admissibility of evidence in favor of receiving the evidence). The Motion in Limine to Exclude Argument and Evidence Regarding Defense Costs Not at Issue in This Litigation filed by Texas Brine Company, LLC is denied.

JMM
JEW
AHP
WIL

Wolfe, J., dissents and would deny the writ. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT